HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HALLIE ANN HERWICK,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, in his capacity as Commissioner of Social Security,

    Defendants.

CASE NO. C12-489RAJ

ORDER

This matter comes before the court on a Report and Recommendation ("R&R") from the Honorable Brian A. Tsuchida, United States Magistrate Judge. Dkt. # 20. No party has objected to the R&R. The court ADOPTS the R&R and orders as follows:

1) The court reverses the decision of the Commissioner and remands this action to the Social Security Administration for further proceedings consistent with the R&R.

2) The clerk shall enter judgment for Plaintiff.

3) The clerk shall ensure that Judge Tsuchida receives notice of this order.

DATED this 28th day of November, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1